IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, AS RECEIVER OF ) <br> OMNI NATIONAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN M. KLEIN, ) <br> IRWIN M. BERMAN, ) <br> BENJAMIN J. COHEN, JULES N. ) <br> GREENBLATT, KARIM W. LAWRENCE, ) <br> EUGENE LAWSON, III, JEFFREY L. ) <br> LEVINE, SHANNON C. LIVENGOOD, ) <br> GREGORY W. PATTEN, AND ) <br> CONSTANCE E. PERRINE ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO: <br> 1:12-CV-00896-RLV |

## CONSENT MOTION TO EXTEND THE DEADLINES FOR FILING INITIAL DISCLOSURES, THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN, AND THE DATE UPON WHICH DISCOVERY SHALL COMMENCE

COME NOW all parties of record, by and through their undersigned counsel, and respectfully request that the preliminary deadlines and commencement of the discovery period imposed by the Local Rules be extended. In support of this Consent Motion, the parties show as follows:

DMSLIBRARY01-19137857.2

1.

On June 7, 2012 the parties sought to extend and consolidate the deadlines for conducting the Rule 26(f) Conference required by the Local Rules and Federal Rules of Civil Procedure, for filing initial disclosures and the date on which discovery may begin to, and including, June 25, 2012 by filing a Consent Motion. [Dkt. No. 45]. The Court granted this motion on June 25, 2012 [Dkt. No. 49].

2.

Since filing of the Consent Motion referenced in paragraph 1, the parties have conducted the Rule 26(f) conference required by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Georgia, and have exchanged a draft Joint Preliminary Report and Discovery Plan.

3.

As a result of Rule 26(f) conference, and the parties' work on the draft Joint Preliminary Report and Discovery Plan, the parties believe that an additional extension of time for filing Initial Disclosures and the Joint Preliminary Report and Discovery Plan is necessary.

4.

An extension of the deadline for filing Initial Disclosures and the Joint Preliminary Report to, and including, July 13, 2012, rather than June 25, 2012 as requested in the Consent Motion reference in paragraph 1, will allow the parties to

conduct detailed discussions about several items to be included in the Joint Preliminary Report and Discovery Plan, including the Discovery Plan itself.

5.

The parties reached an agreement to file the instant motion prior to the entry of the June 25, 2012 order granting the Consent Motion referenced in paragraph 1.

6.

The parties also request that the date for commencement of discovery be extended to July 13, 2012, rather than June 25, 2012, as requested in the Consent Motion reference in paragraph 1.

WHEREFORE, the parties respectfully request that the time for filing Initial Disclosures, the Joint Preliminary Report and Discovery Plan, and for commencing discovery be extended to, and include, July 13, 2012. A proposed Order is attached.

CONSENTED TO this 25th day of June, 2012.

<table>
<tr><td>

/s/ James A. Brown
James A. Brown
*jabrown@liskow.com*
Erin L. Delatte
*eldelatte@liskow.com*
LISKOW & LEWIS, P.C.
One Shell Square
701 Poydras Street, Ste 5000
New Orleans, LA 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

and

Jeanne Simkins Hollis
GA Bar #646890
*jhollis@shlglaw.com*
S. Paul Smith
GA Bar #663577
*psmith@shlglaw.com*
SIMKINS HOLLIS LAW GROUP, PC
1924 Lenox Road, NE
Atlanta, GA 30306
Telephone: 404-474-2328
Facsimile: 770-587-0726

***Counsel for Plaintiff***

</td><td>

/s/ Theodore J. Sawicki
Theodore J. Sawicki
GA Bar #627851
*tod.sawicki@alston.com*
Robert R. Long
GA Bar #141546
*robert.long@alston.com*
Elizabeth Gingold Greenman
GA Bar #917979
*elizabeth.greenman@alston.com*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Facsimile:  404-881-7777

***Counsel for Defendants Stephen M. Klein and Eugene F. Lawson, III***

</td></tr>
</table>

/s/ Tracy Klingler
Tracy Klingler
GA Bar #105450
*tklingler@kslaw.com*
David L. Balser
GA Bar #035835
*dbalser@kslaw.com*
Zachary Andrew McEntyre
GA Bar #653571
*zmcentyre@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5138

***Counsel for Defendant Irwin W. Berman***

/s/ Jeffrey D. Horst
Jeffrey D. Horst
GA Bar #367834
*horst@khlawfirm.com*
Christopher E. Adams
GA Bar #789600
*adams@khlawfirm.com*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone:  404-888-9700
Facsimile:  404-888-9755

***Counsel for Defendant Jules N. Greenblatt***

/s/ Thomas B. Bosche
Thomas B. Bosche
GA Bar #068740
*tom.bosch@troutmansanders.com*
Natalie D. Sacha
GA Bar #558276
*Natalie.sacha@troutmansanders.com*
TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216
Telephone:  404-885-3312
Facsimile:  404-962-6796

***Counsel for Defendant Jeffrey L. Levine***

/s/ Scott B. Riddle
Scott B. Riddle
GA Bar #604855
*sbriddle@mindspring.com*
LAW OFFICES OF SCOTT B. RIDDLE
Suite 1530
3340 Peachtree Road NE
Atlanta, GA 30326
Telephone:  404-815-0164

***Counsel for Defendant Shannon C. Livengood***

/s/ Richard A. Rice, Jr.
Richard A. Rice, Jr.
GA Bar #603203
*rrice@bomarrice.com*
BOMAR RICE, LLC
100 Galleria Pkwy, SE
Suite 100
Atlanta GA 30339
Telephone:  404-835-0783
Facsimile:  404-842-9750

***Counsel for Defendant Gregory W. Patten***

/s/ Joseph C. Chancey
Joseph C. Chancey
GA Bar #120520
*jchancey@deflaw.com*
Gary D. Beelen
GA Bar #046230
*gbeelen@deflaw.com*
Meredith Riggs Guerrero
GA Bar #214274
*mguerrero@deflaw.com*
DREW ECKL & FARNHAM, LLP
Post Office Box 7600
Atlanta, GA 30357-0600
Telephone: 404-885-1400
Facsimile:  404-876-0992

***Counsel for Defendants Benjamin J. Cohen and Constance E. Perrine***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2012, I electronically filed this **Consent Motion to Extend Deadlines** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeanne Simkins Hollis
S. Paul Smith
SIMKINS HOLLIS LAW GROUP, P.C.
1924 Lenox Road, NE
Atlanta, GA 30306

James A. Brown
Erin L. Delatte
LISKOW & LEWIS, P.C.
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Theodore J. Sawicki
Robert R. Long
Elizabeth Gingold Greenman
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Jeffrey D. Horst
Christopher E. Adams
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309

DMSLIBRARY01-19137857.2

Thomas B. Bosche
Natalie D. Sacha
TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216

Scott B. Riddle
LAW OFFICES OF SCOTT B. RIDDLE
Suite 1530
3340 Peachtree Road NE
Atlanta, GA 30326

Richard A. Rice, Jr.
Frank G. Podesta
BOMAR RICE, LLC
100 Galleria Pkwy, SE
Suite 100
Atlanta GA 30339

Joseph C. Chancey
Gary D. Beelen
Meredith Riggs Guerrero
DREW ECKL & FARNHAM, LLP
Post Office Box 7600
Atlanta, GA 30357-0600


    /s/ Tracy Klingler
    Tracy Klingler
    GA Bar No. 105450
    ***Counsel for Defendant Irwin M. Berman***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, AS RECEIVER OF ) <br> OMNI NATIONAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN M. KLEIN, ) <br> IRWIN M. BERMAN, ) <br> BENJAMIN J. COHEN, JULES N. ) <br> GREENBLATT, KARIM W. LAWRENCE, ) <br> EUGENE LAWSON, III, JEFFREY L. ) <br> LEVINE, SHANNON C. LIVENGOOD, ) <br> GREGORY W. PATTEN, AND ) <br> CONSTANCE E. PERRINE ) <br> ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO: <br> 1:12-CV-00896-RLV |

**<u>ORDER</u>**

Having come to be considered this Consent Motion to Extend the Deadline for filing Initial Disclosures, the Joint Preliminary Report and Discovery Plan, and the Date Upon Which Discovery Shall Commence, the Court is of the opinion that said Motion should be granted.

DMSLIBRARY01-19137857.2

It is therefore, ORDERED, that the deadline for filing Initial Disclosures, the Joint Preliminary Report and Discovery Plan, and the date upon which discovery shall commence is hereby extended to, and include, July 13, 2012.

Done this _____ day of June, 2012.

                                                                             Honorable Robert L. Vining, Jr.
                                                                             United States District Judge