**FILED IN CHAMBERS**
**U.S.D.C. - Rome**
**JUL 17 2012**
JAMES N. HATTEN, Clerk
 by _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER OF
OMNI NATIONAL BANK,

    Plaintiff,

v.

STEPHEN M. KLEIN, IRWIN W.
BERMAN, BENJAMIN J. COHEN,
JULES N. GREENBLATT, KARIM W.
LAWRENCE, EUGENE F. LAWSON,
III, JEFFREY L. LEVINE,
SHANNON C. LIVENGOOD, GREGORY
W. PATTEN, and CONSTANCE E.
PERRINE,

    Defendants.

CIVIL ACTION

NO. 1:12-CV-896-RLV

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*12 mos. discovery from July 1, 2012.*

SO ORDERED, this 17th day of July, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge