IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK**<br><br>    Plaintiff,<br><br>v.<br><br>**STEPHEN M. KLEIN, IRWN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III, JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE**<br><br>    Defendants | CIVIL ACTION NO. 1:12-cv-00896-RLV<br><br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT

Plaintiff Federal Deposit Insurance Corporation as receiver of Omni National Bank ("FDIC-R") and Defendant Stephen M. Klein (together, the "Parties") jointly move pursuant to Fed. R. Civ. P. 54(b), for entry of a proposed Stipulated Final Judgment, attached hereto as Exhibit A.

In support of this Motion and pursuant to their agreement, the Parties hereby notify the Court that they have reached an agreement to settle this case subject to, and in accordance with, the terms of the proposed Stipulated Final Judgment.

Respectfully submitted this 13th day of December, 2013.

*Counsel for Federal Deposit Insurance Company as Receiver of Omni National Bank*

    /s/ Carey L. Menasco
James A. Brown (LA Bar #14101) (PHV)
George Denegre, Jr. (LA Bar #8387) (PHV)
Carey L. Menasco (LA Bar #28131) (PHV)
Elisabeth L. Baer (LA Bar #31844) (PHV)
**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Tel:    (504) 581-7979
Fax:    (504) 556-4108
E-mail:  jabrown@liskow.com
          gdenegre@liskow.com
          clmenasco@liskow.com
          elbaer@liskow.com

-and-

**SIMKINS HOLLIS LAW GROUP, PC**
Jeanne Simkins Hollis (GA Bar # 646890)
S. Paul Smith (GA Bar # 663577)
1924 Lenox Road, NE
Atlanta, GA  30306
Tel:    (404)474-2328
Fax:    (770) 587-0726
E-mail:  psmith@shlglaw.com

-3-

*Counsel for Defendant Stephen M. Klein*

    /s/ Theodore J. Sawicki
Theodore J. Sawicki (GA Bar # 627851)
Robert R. Long (GA Bar # 141546)
Elizabeth Gingold Greenman (GA Bar # 917979)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:    404-881-7000
Fax:    404-881-7777
E-Mail:    tod.sawicki@alston.com
           robert.long@alston.com
           elizabeth.greenman@alston.com