## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK** | |
| **Plaintiff,** | **CIVIL ACTION NO. 1:12-cv-00896-RLV** |
| **v.** | |
| **STEPHEN M. KLEIN, IRWN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III, JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE** | **JURY TRIAL DEMANDED** |
| **Defendants** | |

## JOINT STIPULATION AND MOTION FOR DISMISSAL AND REQUEST TO RETAIN JURISDICTION

Plaintiff, Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R") and Defendants Stephen M. Klein ("Klein"), Irwin M. Berman ("Berman"), Jules N. Greenblatt ("Greenblatt"), Eugene F. Lawson, III ("Lawson"), Jeffrey L. Levine ("Levine"), Shannon C. Livengood ("Livengood"), and Gregory W. Patten ("Patten") (collectively, the "CDLD Defendants") by

settlement agreement and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby stipulate to the dismissal with prejudice of Counts I and II and Count III (only to the extent of claims relating to supervision of Levine and/or CDLD lending) of the Complaint.  The parties shall bear their own attorneys' fees and costs.

The FDIC-R and Defendant Klein (the "OREO Defendant") have entered into a settlement agreement as to Counts III (only to the extent of claims relating to OREO supervision), IV, and V of the Complaint (collectively, the CDLD Defendants and the OREO Defendant are referred to as the "Settling Defendants").

The FDIC-R and the Settling Defendants jointly move this Court to retain jurisdiction solely to enforce the terms of the Settlement and Assignment Agreements, attached as Exhibits A and B, pursuant to *Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375 (1994).

The Court's entry of the attached order will significantly streamline this matter to claims against Defendants Benjamin J. Cohen, Karim W. Lawrence, and Constance E. Perrine on Counts III (only to the extent of claims relating to OREO supervision occurring after June 9, 2008), IV, and V of the Complaint.

For the foregoing reasons, the FDIC-R and the Settling Defendants jointly request that the Court enter the proposed order attached hereto as Exhibit C.

Respectfully submitted this 16th day of December, 2013.

*Counsel for Federal Deposit Insurance*
*Company as Receiver of Omni National*
*Bank*

/s/ Carey L. Menasco
James A. Brown (LA Bar #14101) (PHV)
George Denegre, Jr. (LA Bar #8387) (PHV)
Carey L. Menasco (LA Bar #28131) (PHV)
Elisabeth L. Baer (LA Bar #31844) (PHV)
**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Tel:        (504) 581-7979
Fax:       (504) 556-4108
E-mail:   jabrown@liskow.com
              gdenegre@liskow.com
              clmenasco@liskow.com
              elbaer@liskow.com

-and-

**SIMKINS HOLLIS LAW GROUP, PC**
Jeanne Simkins Hollis (GA Bar # 646890)
S. Paul Smith (GA Bar # 663577)
1924 Lenox Road, NE
Atlanta, GA  30306
Tel:        (404)474-2328
Fax:       (770) 587-0726
E-mail:   psmith@shlglaw.com

**Counsel for Defendants:**

_____/s/ Theodore J. Sawicki_____

Theodore J. Sawicki
Georgia Bar Number 627851
*tod.sawicki@alston.com*
Elizabeth Gingold Greenman
Georgia Bar Number 917979
*elizabeth.greenman@alston.com*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
***Counsel for Defendants Stephen M. Klein
and Eugene F. Lawson, III***

_____/s/_____David L. Balser_____

KING & SPALDING LLP
David L. Balser
Georgia Bar No. 035835
dbalser@kslaw.com
Tracy Klingler
Georgia Bar No. 105450
tklingler@kslaw.com
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600
(404) 572-5138 (fax)
***Counsel for Defendant Irwin W. Berman***

_____/s/_____Jeffrey D. Horst_____

Jeffrey D. Horst
Georgia Bar No. 367834
Christopher E. Adams
Georgia Bar No. 789600
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Phone: (404) 888-9700
Facsimile: (404) 888-9577
Email: horst@khlawfirm.com
Email: adams@khlawfirrm.com
***Counsel for Defendant Jules N. Greenblatt***

_____/s/ Thomas B. Bosch_____

Thomas B. Bosch
Georgia Bar No. 068740
Natalie D. Sacha
Georgia Bar No. 558276
TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216
(404) 885-3312 (voice)
(404) 962-6796 (facsimile)
***Counsel for Defendant Jeffrey L. Levine***

_____/s/ Scott B. Riddle_____

Scott B. Riddle, Esq.
LAW OFFICE OF SCOTT B. RIDDLE,
LLC
Georgia Bar No. 604855
Suite 1530
3340 Peachtree Road NE
Atlanta, GA 30326
Telephone:  404-815-0164
***Counsel for Defendant Shannon C.
Livengood***

                             /s/ Richard A. Rice, Jr.

Richard A. Rice, Jr.
The Rice Law Firm, LLC
GA Bar No. 603203
richard.rice@trlfirm.com
100 Galleria Pkwy, SE
Suite 480
Atlanta GA 30339
404.835.0783
404.481.3057 (fax)
***Counsel for Defendant Gregory W. Patten***

<u>CERTIFICATION PURSUANT TO LOCAL RULES</u>

Pursuant to the Local Rules this certifies that this document was prepared using the New Times Roman font in 14 point.  These font and point selections are approved by L.R.5.1.

                             /s/ Carey L. Menasco

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I filed the above and foregoing pleading using CM/ECF, which will cause a notice of filing to be served on all counsel of record.  I further certify that I sent a copy of the above and foregoing pleading to the following non-registered users by e-mail and/or United States Mail, properly addressed and postage prepaid:

**Stephen Klein**
6950 Riverside Drive, N.W.
Atlanta, GA 30328
stephen@tig360.com

**Shannon C. Livengood**
137 Johnson Ferry Road
Suite 2140
Marietta, GA 30068

**Karim W. Lawrence**
924 Garrett Street, SE
Unit 308
Atlanta, GA 30316

**Jules N. Greenblatt**
5284 Marston Road
Atlanta, GA 30360
Jules711@bellsouth.net

/s/ Carey L. Menasco