IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK**<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN M. KLEIN, IRWN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III, JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE<br><br>    **Defendants** | CIVIL ACTION NO. 1:12-cv-00896-RLV<br><br>JURY TRIAL DEMANDED |

**Exhibit "C" to Joint Stipulation and Motion for Dismissal**

## ORDER

The Court has considered the Joint Stipulation and Motion for Dismissal and Request to Retain Jurisdiction to Enforce Settlement Agreements ("Stipulation and Motion") jointly submitted by Plaintiff, Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R") and Defendants Stephen M. Klein ("Klein"), Irwin M. Berman ("Berman"), Jules N. Greenblatt ("Greenblatt"), Eugene F. Lawson, III ("Lawson"), Jeffrey L. Levine ("Levine"), Shannon C.

Livengood ("Livengood"), and Gregory W. Patten ("Patten") filed on December 16, 2013. In the Stipulation and Motion, the moving parties advised the Court that they have entered Settlement and Assignment Agreements and have agreed to dismiss certain claims in this matter with prejudice. For the reasons presented in the Stipulation and Motion, it is hereby ORDERED that:

1. FDIC-R's Complaint against Defendants Berman, Greenblatt, Lawson, Levine, Livengood, and Patten is DISMISSED WITH PREJUDICE;

2. Counts I, II, and III (only to the extent of claims relating to supervision of Levine and/or CDLD lending) of the Complaint against Defendants Klein, Karim W. Lawrence ("Lawrence"), and Benjamin J. Cohen ("Cohen") are DISMISSED WITH PREJUDICE;

3. Each party shall bear its own attorneys' fees and costs; and

4. The Court retains jurisdiction over the Settlement and Assignment Agreements attached as Exhibits A and B to the parties' Stipulation and Motion solely to enforce the terms of those agreements, under *Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375 (1994).

DATED, this ____ day of December, 2013.

_____
Honorable Robert L. Vining
District Judge, Northern District of Georgia