

FILED IN CHAMBERS
U.S.D.C. - Rome

DEC 17 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK<br><br>　　Plaintiff,<br><br>v.<br><br>STEPHEN M. KLEIN, IRWN W. BERMAN, BENJAMIN J. COHEN, JULES N. GREENBLATT, KARIM W. LAWRENCE, EUGENE F. LAWSON, III, JEFFREY L. LEVINE, SHANNON C. LIVENGOOD, GREGORY W. PATTEN, AND CONSTANCE E. PERRINE<br><br>　　Defendants | CIVIL ACTION NO. 1:12-cv-00896-RLV<br><br>JURY TRIAL DEMANDED |

## STIPULATED FINAL JUDGMENT

Plaintiff Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R"), has commenced this action by filing the complaint herein, alleging, among other claims, failure to supervise, negligence, gross negligence, and corporate waste, against defendants, including Stephen M. Klein ("Defendant") relating to repair expenditures for Other Real Estate Owned ("OREO") properties. Certain Underwriters at

Lloyd's, London, including but not limited to Syndicates AFB 623/2623, ("Lloyd's") sold directors and officers ("D&O") liability insurance covering Defendant, but have denied coverage and refused to advance defense costs, to indemnify, or to settle the claims brought against Defendant in this action. The FDIC-R seeks substantial monetary damages that exceed available insurance coverage and the FDIC-R's claims expose Defendant to a substantial risk of liability. The FDIC-R and Defendant have now stipulated to entry of this judgment in settlement of the FDIC-R's claims against Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

1. This Court has jurisdiction over Defendant and the subject matter of this action. Venue in this district is proper.

2. The Complaint state claims upon which relief may be granted against Defendant.

3. Even though in his answer Defendant denied any liability to the FDIC-R, Defendant, as part of the settlement, has consented to the entry of this judgment for the purpose of compromising disputed claims and to avoid further costly litigation in order to settle and resolve these disputes.

4. Judgment is entered in favor of Plaintiff, Federal Deposit Insurance Corporation, as Receiver of Omni National Bank, and against Defendant

Stephen M. Klein in the amount of Ten Million Dollars ($10,000,000), in full and final payment and satisfaction of FDIC-R's claims against Defendant arising from failure to supervise, negligence, gross negligence, and corporate waste relating to repairs and expenditures on OREO property that occurred after June 9, 2008, and as more fully set forth in Counts III (portion relating to OREO supervision only), IV and V of the Complaint in this matter. Pursuant to the terms of the Settlement and Assignment Agreement, FDIC-R covenants not to seek to collect upon this judgment from the Defendant, his heirs, executors, representatives, agents, successors, or estate, and/or their assets, other than the D&O liability insurance policy issued by Lloyd's, Reference B0878API083919, that may cover FDIC-R's claims against Defendant or from Lloyd's.

5. FDIC-R and Defendant waive all rights to seek judicial review or otherwise challenge or contest the validity of this Judgment.

6. Each party shall bear its own respective costs and attorneys' fees.

7. Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay and therefore directs the entry of this Final Judgment disposing of FDIC-R's claims against Defendant in Counts III, IV and V of the Complaint arising from acts or omissions after June 9, 2008.

DATED this 17th day of December, 2013.

                                */s/ Robert L. Vining, Jr.*
                                Honorable Robert L. Vining
                                District Judge, Northern District of Georgia